

July 30, 2025

Honorable Mary Kay Vyskocil
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  7/31/2025
```

**Orrick, Herrington & Sutcliffe LLP**
51 West 52nd Street
New York, NY 10019-6142

+1 212 506 5000

orrick.com

**James H. McQuade**

E  jmcquade@orrick.com
D  +1 212 506 5198
F  +1 212 506 5151

Re:   Elder Technologies, Inc. v. Julie Visone and Inspiren, Inc.
      Case No. 1:25-cv-06165-MKV

Dear Judge Vyskocil:

We are counsel to Defendants Julie Visone and Inspiren, Inc. (collectively, "Defendants") in the above-referenced action. We write jointly on behalf of Defendants and Plaintiff Elder Technologies, Inc. (collectively, the "Parties") to request an adjournment of each of the following dates set forth in the Court's July 28, 2025 scheduling order (ECF No. 17) ("Scheduling Order") to each of following dates:

| **Filings / Hearings** | **Original Dates** | **Requested Adjourned Dates** |
| --- | --- | --- |
| Hearing date | August 7, 2025 | August 11, 13, or 18, 2025 |
| Defendants' opposition to Plaintiff's Application for Emergency Relief | August 1, 2025 | August 6, 2025 at 5 pm if hearing date is scheduled for August 11 or 13; or August 8, 2025 at 5 pm if hearing date is scheduled for August 18 |
| Joint letter from Parties regarding witnesses and evidence | August 4, 2025 | August 8, 2025 at 12 pm if hearing is scheduled for August 11 or 13; or August 11, 2025 at 12 pm if hearing date is scheduled for August 18 |

This request is being made to accommodate Defendants' counsel schedule, which includes previously scheduled personal travel and previously scheduled multi-day in-person meetings this week, and to permit Defendants' counsel sufficient time to prepare Defendants' written opposition to Plaintiff's Application for Emergency Relief. Plaintiff has consented to, and joins, this request. No previous requests for adjournment or extensions of time have been made.

This request is being made less than 72 hours before the deadline for Defendants to file their opposition to Plaintiff's Application for Emergency Relief because Defendants received the Scheduling Order for the first time on July 29, 2025. On that same day, Defendants' counsel reached out to Plaintiff's counsel to



confer on this request, and counsel conferred yesterday and today with each other and their clients regarding their respective schedules to prepare this request.

We enclosed a proposed Scheduling Order that includes all date options.

Respectfully submitted,

*s/ James H. McQuade*

James H. McQuade


Cc:   Peter Wozniak, Esq.
      Lauren Meyers, Esq.


This joint request to adjourn all deadlines in connection with Plaintiff's application for emergency relief is GRANTED.  The hearing will take place on August 18, 2025 at 10:30 a.m.  Defendants' opposition is due by 5:00 p.m. on August 8, 2025.  The parties' joint letter regarding witnesses and evidence is due by 12:00 p.m. on  August 11, 2025.

Date: July 31, 2025
New York, New York

Mary Kay Vyskocil
United States District Judge

4123-7805-8841.2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELDER TECHNOLOGIES, INC., *doing business as* SAGE,<br><br>    Plaintiff,<br><br>    -against-<br><br>JULIE VISONE and INSPIREN, INC.,<br><br>    Defendants. | 25-cv-06165 (MKV)<br><br>[PROPOSED] AMENDED SCHEDULING ORDER |

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of the Joint Letter Request for Adjournment filed by the parties in the above-referenced action [ECF No. _____]. IT IS HEREBY ORDERED that the Court's July 28, 2025 scheduling order [ECF No. 17] is amended as follows:

The hearing on Plaintiff's application for emergency relief originally set for August 7, 2025 at 11:00 a.m. will be held on August ___, 2025 at 11:00 a.m.  The parties shall file a joint letter informing the Court whether they intend to call witnesses or offer other evidence by 12:00 p.m. on August ___, 2025.  Defendants shall file any opposition to Plaintiff's application for emergency relief by 5:00 p.m. on August ____, 2025. The parties are on notice that the August ___, 2025 hearing will be the last opportunity to submit evidence before the Court rules on Plaintiff's application for emergency relief.

**SO ORDERED.**

**Date: July ___, 2025**                                        _____
**New York, NY**                                                **MARY KAY VYSKOCIL**
                                                                **United States District Judge**